# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:12 CV 21

| | |
|---|---|
| BENJAMIN CRAWFORD, ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| FRED'S STORES OF TENNESSEE, INC., ) | |
| ) | |
| Defendant ) | |

**THIS MATTER** is before the Court pursuant to a review of the file in this matter. The undersigned will set this matter for trial for the October 7, 2013 term of this Court which is to be held in the United States Courthouse in Asheville, North Carolina.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the trial of this matter which is set for **October 7, 2013** shall take place in the United States Courthouse in **Asheville, North Carolina**.

Signed: December 7, 2012

_____
Dennis L. Howell
United States Magistrate Judge